IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DONALD R. BURNS AND** | § | **09-31683-H3-7** |
| **CHERYL A. BURNS** | § | |
| Debtors | § | **(Chapter 7)** |

| | | |
|---|---|---|
| | § | |
| **DEBORAH DOWNING** | § | **Date of Hearing: July 1, 2009** |
| Movant | § | **Time of Hearing: 10:00 AM** |
| | § | |
| vs. | § | **Location: Courtroom #401, 4th Floor** |
| | § | |
| **DONALD R. BURNS AND** | § | |
| **CHERYL A. BURNS** | § | |
| Respondents | § | **Attorney: Craig H. Cavalier** |

### DEBORAH DOWNING'S REPLY TO ANSWER OF DONALD R. BURNS AND CHERYL A. BURNS TO DEBORAH DOWNING'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW**, through the undersigned counsel, Deborah Downing ("Downing" or "Movant") and files this, her *Reply to Answer of Donald R. Burns and Cheryl A. Burns to Deborah Downing's Motion for Relief from the Automatic Stay* and in support thereof would show the Court as follows:

1.      On or about June 4, 2009, Downing filed her *Motion for Relief from the Automatic Stay* which was set for hearing on July 1, 2009 pursuant to Judge Leticia Paul's motion for relief from stay hearing schedule.

2.      On or about June 25, 2009 (less than three business days before their counsel's scheduled vacation) Donald and Cheryl Burns ("Burns") filed their *Answer to Motion for Relief from Stay Filed by Creditor Deborah Downing and Request for Continuance* which incorporated a request for continuance of the hearing until July 29, 2009 due to the vacation schedule of

J:\CAVALIER\Downing, Deborah\Reply to Burns Answer to 362 Motion 09-0525.doc

Burns' counsel.

3.       Notwithstanding the requirement for a hearing on a Motion for Relief from Stay within thirty (30) days of filing the motion, Downing is opposed to the continuance to July 29, 2009 since Downing's counsel will be on vacation the week of July 27-31, 2009.

**WHEREFORE**, Downing respectfully prays that the Court deny Burns' request for continuance; retain the current hearing setting or reset the hearing for a time within thirty (30) days of the filing of the motion; and grant such other and further relief as is just and equitable.

Respectfully Submitted,

**CRAIG H. CAVALIER, ATTORNEY AT LAW**

By:      _/s/ Craig H. Cavalier_____
Craig H. Cavalier
Federal I.D. No. 2958
State Bar No. 04022075
3355 West Alabama, Suite 1160
Houston, Texas  77098
(713) 621-4720 - Telephone
(713) 621-4779 – Facsimile
***Counsel for Deborah Downing***

J:\CAVALIER\Downing, Deborah\Reply to Burns Answer to 362 Motion 09-0525.doc

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served on the following parties (as well as all other parties receiving notice via the ECF system) by U.S. First Class Mail, postage prepaid, electronic notification and/or facsimile on June 25, 2009:

Corey L. Mills
Mills & Henshaw, PLLC
11767 Katy Freeway, Ste. 820
Houston, TX  77079
*Counsel for Debtors*

Mary A. Daffin
Barrett Daffin Frappier Turner & Engel, LLP
1900 St. James Place, Ste. 500
Houston, TX  77056
*Counsel for Flagstar Bank, F.S.B.*

Walter E. Spears, Esq.
Bartley & Spears, PC
14811 St. Mary's Lane, Ste. 270
Houston, TX  77079
*Counsel for The Commonwealth Civic Association, Inc.*

Randy W. Williams
Thompson & Knight, LLP
333 Clay Street, Ste. 3300
Houston, TX  77002
*Chapter 7 Trustee*

Marc D. Myers
Adair Myers, PLLC
3120 Southwest Freeway, Ste. 320
Houston, TX  77098
*Counsel for Chapter 7 Trustee*


 /s/ Craig H. Cavalier
**CRAIG H. CAVALIER**

J:\CAVALIER\Downing, Deborah\Reply to Burns Answer to 362 Motion 09-0525.doc