IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| DONALD R. BURNS AND § | 09-31683-H3-7 | |
| CHERYL A. BURNS § | | |
|     Debtors § | (Chapter 7) | |
| § | | |
| DEBORAH DOWNING § | Date of Hearing: July 14, 2009 | |
|     Movant § | Time of Hearing: 1:00 PM | |
| § | | |
| vs. § | Location: Courtroom #401, 4th Floor | |
| § | Attorney: Craig H. Cavalier | |
| DONALD R. BURNS AND § | | |
| CHERYL A. BURNS § | | |
|     Respondents § | NATURE OF HEARING: 362 Motion | |

**MOVANT'S EXHIBIT AND WITNESS LIST FOR HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY [DOCKET NO. 24]**

| EX. NO. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Jury Verdict | | | | | | |
| 2. | Judgment Notwithstanding Verdict | | | | | | |
| 3. | State Court Petition | | | | | | |

## WITNESSES

1. Gregg Rosenberg (State Court Counsel for Movant). Address: 3555 Timmons Lane, Suite 610, Houston, TX, 77027; 713 960-8300 – Telephone. Mr. Rosenberg will testify to the matters which are the subject of the State Court litigation.

2. Any other witness called by any other party.

Respectfully Submitted,

**CRAIG H. CAVALIER, ATTORNEY AT LAW**

By:  /s/ Craig H. Cavalier
CRAIG H. CAVALIER
State Bar No. 04022075
3355 West Alabama St., Ste. 1160
Houston, TX 77098
(713) 621-4720 - Telephone
(713) 621-4779 - Facsimile
*Attorney for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to all parties requesting electronic notice via the ECF notification system on this 10th day of July, 2009:

 /s/ Craig H. Cavalier
CRAIG H. CAVALIER